**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01401-CR

**ELIZABETH CLEMONS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-73435-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's March 17, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hazlewood to file the reporter's record on or before March 25, 2013.

/s/     DAVID EVANS
           JUSTICE